Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
20, 2006









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 20, 2006.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00188-CV

____________

 

 

IN RE TALIS LEE RANDE DELANEY, Relator

 

___________________________________________________

 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

___________________________________________________

 

M E M O R A N D U M   O
P I N I O N

On March 7, 2006, relator
filed a petition for writ of mandamus in this Court,[1]
requesting we direct the Honorable Judge Judy Warne, Judge of the 257th
District Court of Harris County, Texas, to set aside temporary orders.  Because relator
failed to comply with the requirements of Rule of Appellate Procedure 52, she
has not established that she is entitled to the extraordinary relief
sought.  See Tex. R. App. P. 52.3(j)(1).  Accordingly, we
deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 20, 2006.

Panel consists of
Justices Hudson, Fowler, and Seymore.

 

 











            [1]See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.